UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **CALUMET PAINT & WALLPAPER, INC.,** | ) | Case No. **21-11709** |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

**NOTICE OF MEETING OF CREDITORS**
**TO BE CONDUCTED TELEPHONICALLY**

PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for **Wednesday, November 17, 2021, at 1:30 PM**. PLEASE ALSO NOTE THAT THE MEETING WILL BE CONDUCTED TELEPHONICALLY. PARTIES WISHING TO PARTICIPATE IN THE MEETING MUST CALL THE FOLLOWING NUMBER AND ENTER THE FOLLOWING PASSCODE WHEN PROMPTED TO DO SO:

**Tel. 877-953-9691**
**Passcode 4948769**

**PARTIES WILL ONLY BE ABLE TO PARTICIPATE IN THE MEETING OF CREDITORS BY PHONE. NO PERSONAL APPEARANCES ARE PERMITTED.**

PATRICK S. LAYNG
U. S. TRUSTEE


/s/  *M. Gretchen Silver*
M. Gretchen Silver, Trial Attorney
United States Dept. of Justice
Office of the United States Trustee
219 S. Dearborn, Rm. 873
Chicago, IL  60604
(312) 353 5054

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| **CALUMET PAINT & WALLPAPER, INC.,** ) | Case No. **21-11709** |
| ) | |
| Debtor. ) | Honorable Timothy A. Barnes |

### CERTIFICATE OF SERVICE

I, M. Gretchen Silver, Trial Attorney, certify that on October 15, 2021, I caused to be served copies of the **Notice of Meeting of Creditors to be Conducted Telephonically** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses listed below. A supplement to this Certificate of Service from BMC Group will be filed.

*/s/ M. Gretchen Silver*

### SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

Robert P Handler     rhandler@com-rec.com,
David K Welch     dwelch@burkelaw.com

**Parties Served via U.S. First Class Mail:**

*See Following First Class Mail Service List Starting on Next Page*

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 21-11709<br>Northern District of Illinois<br>Eastern Division<br>Fri Oct 15 08:59:42 CDT 2021 | Calumet Paint & Wallpaper, Inc.<br>12120 Western Ave.<br>Blue Island, IL 60406-1328 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Advance Equipment<br>4615 W Chicago Ave<br>Chicago IL 60651-3386 | American Bldg Restoration<br>9720 S 60th St<br>Franklin WI 53132-8644 | Arroworthy<br>248 W Wyandanch Ave<br>West Babylon NY 11704-1506 |
| Atlas<br>8351 W 185th Str<br>Tinley Park IL 60487-9282 | Benjamin Moore<br>400 Kimberley Dr<br>Carol Stream IL 60188 | City of Blue Island (Water)<br>13051 Greenwood<br>Blue Island IL 60406-2391 |
| Comcast<br>1701 JFK Blvd<br>Philadelphia PA 19103-2899 | Commonwealth Edison Co<br>3 Lincoln Center<br>Attn: Bankruptcy  Section<br>Oak Brook Terrace IL 60181-4204 | Corona Brushes<br>5065 Savarese Circle<br>Tampa FL 33634-2490 |
| Dennis Ludden<br>15418 Cherrywood Ct<br>Orland Park IL 60462-4006 | First Midwest Bank<br>12015 S Western Ave<br>Blue Island IL 60406-1193 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |
| JC Licht Paint Co<br>320 W Fullerton Ave<br>Carol Stream IL 60188-1949 | Lancaster Co<br>70906 Industrial Rd<br>Florence KY 41042 | Leading Edge<br>1809 E Broadway St<br>Suite 127<br>Oviedo FL 32765-8597 |
| NICOR Northern Illinois Gas<br>Attention Bankruptcy & Collections<br>PO Box 549<br>Aurora IL 60507-0549 | P/L/ Sherwin Williams<br>101 W Prospect Ave<br>Cleveland OH 44115-1027 | PPG Paints<br>2570 Orchard Gateway Blvd<br>Aurora IL 60506-8895 |
| Pratt & Lambert Paint<br>610 Midland Bldg<br>101 W Prospect<br>Cleveland OH 44115-1027 | Rubicon<br>950 E Paces Ferry Rd<br>1900<br>Atlanta GA 30326-1384 | Rustoleum<br>8505 50th St<br>Kenosha WI 53144-7868 |
| Sharon Malysa<br>2353 Untaluti Dr<br>Monticello IN 47960-1241 | Super Painters Supply LLC<br>C/O Arthur H Evans<br>161 N Clark #4200<br>Chicago IL 60601-3316 | Super Painters Supply LLC<br>C/O David Rosenberg Mrg<br>4180 Walters<br>Northbrook IL 60062-2919 |
| Super Painters Supply LLC<br>C/O Thomas Yardley<br>180 N LaSalle #3300<br>Chicago IL 60601-2808 | Universal Securities<br>16335 S Harlem<br>Suite 250<br>Tinley Park IL 60477-2574 | WOW Phone<br>1800 Rt 34 North Bldg 4<br>Ste 402 Wall<br>Belmar NJ 07719-9168 |

```
David K Welch                            Patrick S Layng                           Robert P Handler
Burke, Warren, MacKay & Serritella, P.C. Office of the U.S. Trustee, Region 11     Commercial Recovery Associates, LLC
330 N. Wabash                            219 S Dearborn St                         205 West Wacker Drive, Suite 918
21st Floor                               Room 873                                  Chicago, IL 60606-1243
Chicago, IL 60611-3586                   Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Illinois Dept of Revenue                 End of Label Matrix
PO Box 19035                             Mailable recipients   32
Springfield IL 62794                     Bypassed recipients    0
                                         Total                 32
```