UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 21-11709 |
| CALUMET PAINT & WALLPAPER, INC. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING REDACTION OF
## PREVIOUSLY FILED DOCUMENTS

THIS MATTER COMING TO BE HEARD upon the Motion of CALUMET PAINT & WALLPAPER, INC., Debtor/Debtor-in-Possession herein (the "Debtor"), to Redact Previously Filed Document and For Related Relief (the "Motion"); due notice having been provided.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Debtor is authorized to (i) redact the Voluntary Petition [Dkt. No. 1] filed by the Debtor on October 13, 2021.

Enter:

United States Bankruptcy Judge

Dated: October 19, 2021

**Prepared by:**

DEBTOR'S COUNSEL:
David K. Welch, Esq. (Atty. No. 06183621)
Brian P. Welch (Atty. No. 6307292)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100
Chicago, IL 60611
TEL: (312) 840-7000  FAX: (312) 840-7900

Rev: 20130104_bko