UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>CALUMET PAINT & WALLPAPER, INC.<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  21-11709<br><br>Chapter: 11<br>Honorable Timothy Barnes |

**INTERIM ORDER AUTHORIZING INTERIM USE OF
CASH COLLATERAL AND GRANTING RELATED RELIEF**

THIS MATTER COMING TO BE HEARD upon the Motion of CALUMET PAINT & WALLPAPER, INC., Debtor and Debtor-in-Possession herein, For Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); due notice having been given;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A)   The Debtor is authorized to use cash collateral on an interim basis during the period October 25, 2021, through November 30, 2021, to the extent set forth on Exhibits A through C attached hereto ("Budget");

B)   In return for the Debtor's continued interim use of cash collateral, Pratt & Lambert United, Inc. and PPG Architectural Finishes, Inc. (the "Secured Creditors") are granted the following adequate protection for their purported secured interests in property of the Debtor:

1.   The Debtor will permit the Secured Creditors to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2.   The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

3.   The Debtors shall, upon reasonable request, make available to the Secured Creditors evidence of that which constitutes their collateral or proceeds;

4.   The Debtor will properly maintain its assets in good repair and properly manage its business;

5.   The Secured Creditors shall be granted valid, perfected, enforceable security interests in and to Debtor's post-petition assets, including all proceeds and products which are now or hereafter become property of this estate to the extent and priority of their alleged pre-petition liens, if valid, but only to the extent of any diminution in the value of such assets during the period from the commencement of the Debtor's Chapter 11 case through November 30, 2021; and

C)   A final hearing on the Motion is scheduled before this Court on November 29, 2021, at 1:30 p.m.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 25, 2021

**Prepared by:**

David K. Welch, Esq.
Brian P. Welch, Esq.
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash, 21st Floor
Chicago, Illinois 60611