# EXHIBIT A

**CALUMET PAINT & WALLPAPER, INC.**
**WEEKLY EXPENSE PROJECTION**
**OCTOBER 2021**

Expense

| | |
|---|---:|
| SALARY | $ 9,500.00 |
| STORE SUPPLIES | $ 125.00 |
| OFFICE EXPENSE | $ 250.00 |
| REPAIRS/MAINTENANCE | $ 800.00 |
| ADVERTISING | $ 250.00 |
| TRUCK EXPENSE | $ 900.00 |
| PROFESSIONAL FEES | $ 1,000.00 |
| INSURANCE EXPENSE | $ 1,300.00 |
| RENT | $ 1,500.00 |
| TELEPHONE | $ 150.00 |
| UTILITIES | $ 300.00 |
| PAYROLL TAX | $ 600.00 |
| BANK & CREDIT CARD | $ 950.00 |
| SECURITY | $ 25.00 |
| ENTERTAINMENT | $ 100.00 |
| EMPLOYER 401 CONTRIBUTIONS | $ 230.00 |
| COMMISSION EXPENSE | $ 5,270.00 |
| DELIVERY SERVICE | $ 510.00 |
| | $ 23,760.00 |

## CALUMET PAINT & WALLPAPER, INC.
## WEEKLY INVENTORY PURCHASES PROJECTION
## OCTOBER 2021

| | |
|---|---:|
| CHICAGO DROPCLOTH | $ 450.00 |
| FOX HOME CENTER | $ 30.00 |
| INTEX DIY | $ 400.00 |
| AGSCO CORPORATION | $ 400.00 |
| ADVANCE EQUIPMENT | $ 400.00 |
| ARROWORTHY | $ 400.00 |
| ROYAL BRUSH | $ 300.00 |
| CORONA BRUSHES | $ 850.00 |
| BLUE CREEK SUPPLY | $ 400.00 |
| BENJAMIN MOORE | $ 41,500.00 |
| SHERWIN WILLIAMS | $ 10,000.00 |
| | $ 55,130.00 |

**CALUMET PAINT & WALLPAPER, INC**
**STATEMENT OF CASH FLOW PROJECTION WEEKLY**
**OCTOBER 2021**

| | | |
|---|---|---:|
| CASH | $ | 8,000.00 |
| CREDIT CARDS | $ | 23,500.00 |
| RECEIVED ON ACCOUNT | $ | 55,300.00 |
| | | |
| TOTAL WEEKLY CASH FLOW | $ | 86,800.00 |

**CALUMET PAINT & WALLPAPER, INC**
**WEEKLY CASH FLOW PROJECTION TOTALS**
**OCTOBER 2021**

| | | |
|---|---|---|
| DEPOSITS | $ | 86,800.00 |
| INVENTORY | $ | (55,130.00) |
| EXPENSES | $ | (23,760.00) |
| | $ | 7,910.00 |
| | | |
| **CASH BALANCE OCTOBER 13, 2021** | $ | 470,750.00 |

# EXHIBIT B

CALUMET PAINT & WALLPAPER, INC.
WEEKLY EXPENSE PROJECTION
NOVEMBER 2021

Expense

| | |
|---|---:|
| SALARY | $ 7,700.00 |
| STORE SUPPLIES | $ 250.00 |
| OFFICE EXPENSE | $ 400.00 |
| REPAIRS/MAINTENANCE | $ 800.00 |
| ADVERTISING | $ 250.00 |
| TRUCK EXPENSE | $ 1,200.00 |
| PROFESSIONAL FEES | $ 1,000.00 |
| INSURANCE EXPENSE | $ 1,600.00 |
| RENT | $ 1,500.00 |
| TELEPHONE | $ 250.00 |
| UTILITIES | $ 600.00 |
| PAYROLL TAX | $ 600.00 |
| BANK & CREDIT CARD | $ 950.00 |
| SECURITY | $ 90.00 |
| ENTERTAINMENT | $ 100.00 |
| EMPLOYER 401 CONTRIBUTIONS | $ 230.00 |
| COMMISSION EXPENSE | $ 5,050.00 |
| DELIVERY SERVICE | $ 510.00 |
| POSTAGE | $ 1,200.00 |
| | $ 24,280.00 |

CALUMET PAINT & WALLPAPER, INC.
WEEKLY INVENTORY PURCHASES PROJECTION
NOVEMBER 2021

| | | |
|---|---|---:|
| CHICAGO DROPCLOTH | $ | 300.00 |
| FOX HOME CENTER | $ | - |
| INTEX DIY | $ | 200.00 |
| AGSCO CORPORATION | $ | 300.00 |
| ADVANCE EQUIPMENT | $ | 200.00 |
| ARROWORTHY | $ | 200.00 |
| ROYAL BRUSH | $ | 200.00 |
| CORONA BRUSHES | $ | 850.00 |
| BLUE CREEK SUPPLY | $ | 250.00 |
| BENJAMIN MOORE | $ | 27,500.00 |
| SHERWIN WILLIAMS | $ | 6,000.00 |
| | $ | 36,000.00 |

CALUMET PAINT & WALLPAPER, INC
STATEMENT OF CASH FLOW PROJECTION WEEKLY
NOVEMBER 2021

| | | |
|---|---|---:|
| CASH | $ | 4,500.00 |
| CREDIT CARDS | $ | 17,000.00 |
| RECEIVED ON ACCOUNT | $ | 49,000.00 |
| TOTAL WEEKLY CASH FLOW | $ | 70,500.00 |

CALUMET PAINT & WALLPAPER, INC
WEEKLY CASH FLOW PROJECTION TOTALS
NOVEMBER 2021

| | | |
|---|---|---|
| DEPOSITS | $ | 71,500.00 |
| INVENTORY | $ | (36,000.00) |
| EXPENSES | $ | (24,280.00) |
| | $ | 11,220.00 |

# EXHIBIT C

CALUMET PAINT & WALLPAPER, INC.
WEEKLY EXPENSE PROJECTION
DECEMBER 2021

Expense

| | |
|---|---:|
| SALARY | $ 18,500.00 |
| STORE SUPPLIES | $ 250.00 |
| OFFICE EXPENSE | $ 400.00 |
| REPAIRS/MAINTENANCE | $ 1,500.00 |
| ADVERTISING | $ 250.00 |
| TRUCK EXPENSE | $ 2,000.00 |
| PROFESSIONAL FEES | $ 1,000.00 |
| INSURANCE EXPENSE | $ 1,600.00 |
| RENT | $ 1,500.00 |
| TELEPHONE | $ 250.00 |
| UTILITIES | $ 300.00 |
| PAYROLL TAX | $ 5,000.00 |
| BANK & CREDIT CARD | $ 950.00 |
| SECURITY | $ 90.00 |
| ENTERTAINMENT | $ 100.00 |
| EMPLOYER 401 CONTRIBUTIONS | $ 465.00 |
| COMMISSION EXPENSE | $ 5,270.00 |
| DELIVERY SERVICE | $ 510.00 |
| | $ 39,935.00 |

CALUMET PAINT & WALLPAPER, INC.
WEEKLY INVENTORY PURCHASES PROJECTION
DECEMBER 2021

| | |
|---|---:|
| CHICAGO DROPCLOTH | $ 200.00 |
| FOX HOME CENTER | $ - |
| INTEX DIY | $ 200.00 |
| AGSCO CORPORATION | $ 200.00 |
| ADVANCE EQUIPMENT | $ 200.00 |
| ARROWORTHY | $ 200.00 |
| ROYAL BRUSH | $ 200.00 |
| CORONA BRUSHES | $ 850.00 |
| BLUE CREEK SUPPLY | $ 200.00 |
| BENJAMIN MOORE | $ 30,750.00 |
| SHERWIN WILLIAMS | $ 5,000.00 |
| | $ 38,000.00 |

**CALUMET PAINT & WALLPAPER, INC**
**STATEMENT OF CASH FLOW PROJECTION WEEKLY**
**DECEMBER 2021**

| | | |
|---|---:|---:|
| CASH | $ | 4,250.00 |
| CREDIT CARDS | $ | 11,250.00 |
| RECEIVED ON ACCOUNT | $ | 52,000.00 |
| **TOTAL WEEKLY CASH FLOW** | $ | 67,500.00 |

CALUMET PAINT & WALLPAPER, INC
WEEKLY CASH FLOW PROJECTION TOTALS
DECEMBER 2021

| | | |
|---|---|---|
| DEPOSITS | $ | 67,500.00 |
| INVENTORY | $ | (38,000.00) |
| EXPENSES | $ | (39,935.00) |
| | $ | (10,435.00) |