# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 21-11709 |
| CALUMET PAINT & WALLPAPER, INC., ) | Chapter 11 |
| ) | Hon. Timothy A. Barnes |
| *Debtor/Debtor-in-Possession*. ) | |
| ) | |

## NOTICE OF FILING

Please take NOTICE that on the 11th day of January 2022, Debtor/Debtor-in-Possession, CALUMET PAINT & WALLPAPER, INC. filed its **Subchapter V Plan Of Reorganization**, a copy which is attached here to and served upon you.

/s/ David K. Welch

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Notice of Filing** and **Subchapter V Plan Of Reorganization,** was served upon the attached Service List, via U.S. Regular Mail, properly addressed, postage prepaid, on this 11th day of January 2022.

By: David K. Welch
One of Its Attorneys

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Brian P. Welch, Esq. (Atty. No. 6307292)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100
Chicago, Illinois 60611
Tel: (312) 840-7000 - - Fax: (312) 840-7900

## SERVICE LIST

United States Trustee Office
219 S. Dearborn St., Room 873
Chicago, IL 60604

Robert P. Handler
Commercial Recovery Associates, LLC
205 West Wacker Drive, Suite 918
Chicago, IL 60606

Christine R Frymire
Steve Jakubowski
Robbins, Salomon Patt Ltd.
180 N. LaSalle St. Ste. 3300
Chicago, IL 60601